584

No. 230. COMMERCIAL TRUST CO. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Harper* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *W. Marvin Smith* for the United States.

No. 235. ECKHARDT ET AL., TRUSTEES, *v.* BALL ET AL., TRUSTEES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Frank H. Pardee* for petitioners. *Mr. Charles B. Rugg* for respondents.

No. 236. HARDENBROOK ET AL. *v.* LANDQUIST ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Isaac E. Ferguson* and *Edward Sonnenschein* for petitioners. *Mr. Walter E. Wiles* for respondents.

No. 238. WHITNEY ET AL., EXECUTORS, *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Will R. Gregg* for petitioners. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 239. FARIS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas R. Dempsey, A. Calder Mackay,* and *Clark J. Milliron* for petitioner. *Solicitor*

*General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 240. KELLY *v.* NATIONAL CITY BANK OF NEW YORK. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William F. Kelly, pro se. Mr. F. S. Easby-Smith* for respondent.

No. 241. MISSOURI EX REL. ABEILLE FIRE INSURANCE CO. ET AL. *v.* SEVIER, JUDGE. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. ·The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. E. R. Morrison* and *R. J. Folonie* for petitioners. *Messrs. Gilbert Lamb, Floyd E. Jacobs,* and *John T. Barker* for respondent.

No. 244. LOCKE INSULATOR CORP. *v.* JACQUE, ADMINISTRATRIX. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur H. Deibert* for petitioner. *Mr. William L. Clay* for respondent.

No. 245. STEVENSON *v.* JEFFERSON STANDARD LIFE INSURANCE CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. G. Hudson* for petitioner. *Mr. Sidney L. Herold* for respondent.